# EXHIBIT F



comments

Welcome to Reddit.

Come for the cats, stay for the empathy.

BECOME A REDDITOR  and start exploring

723

## I was robbed at gunpoint on at Cass and Palmer (WSU Campus) last night. <span>Discussion</span> (self.Detroit)

submitted 12 days ago by _brodre  midtown

This is one of the safest areas in Detroit, crawling with WSU police. I was held at gunpoint getting into my Jeep, told to keep my head down or he'd "fucking kill me". Two black dudes, probably mid 20s ran up as I was getting into my car. Stole my phone, wallet, airpods, and my car.

Told me to get out of the car and walk the other way and if I turned around i'd get shot. He got half a block down before a WSU police car drove up next to me (just casually patrolling). I ran up and frantically told the officer what just happened.

Long story short, both men were in custody within 30 mins, Im getting all my stuff back within a couple days minus my car which is totaled after they ran from the police.

Gun was "hot" - fully loaded with one in the chamber, safety off. I could've been shot and killed last night in one of the safest areas in Detroit.

Just want to spread awareness. This shit is still happening.

Want to join? Log in or sign up in seconds. | English

× search

this post was submitted on 10 Nov 2019
**723** points (98% upvoted)

shortlink: https://redd.it/dub714

username    password

remember me    reset password    login

**Submit a new link**

**Submit a new text post**

< > discussions in r/Detroit   X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

240 comments  share  save  hide  report

Get Reddit Premium

top 200 comments  show all 240

sorted by: **best**

### Want to add to the discussion?
### Post a comment!

CREATE AN ACCOUNT

[–] **taoistextremist**  virginia park  70 points 12 days ago

This seems to be a pattern of two guys on Cass finding people alone and holding them at gun point. I assume they can't all be different people, but are they all the same and it's these same two guys who are now in custody? I'm hoping that's the case at least.

permalink  embed  save  report  reply

> [–] **_brodre**  midtown  [S] 75 points 12 days ago
>
> yes i'm going to a police line up in about 10 minutes to identify them hopefully. they were arrested within 30 minutes, i'm so lucky the police were literally right there.
>
> permalink  embed  save  parent  report  reply
>
>> [–] **xdeeman**  14 points 11 days ago
>>
>> Not doubting you but how can you do a line-up without seeing them, or seeing them only a split second - probably with a hoodies on as well.
>>
>> permalink  embed  save  parent  report  reply
>>
>>> [–] **winhill**  former detroiter  7 points 11 days ago
>>>
>>> they can conduct a voice lineup, where they have the suspects speak to see if the victim can recognize a voice.
>>>
>>> it's chilling that this is still happening, but not unsurprising. OP, glad you're safe.
>>>
>>> permalink  embed  save  parent  report  reply

> [–] **_Exxcelsior**  8 points 11 days ago
>
> Why do they need a lineup if they got caught in a stolen vehicle with loaded guns?
>
> permalink  embed  save  parent  report  reply
>
>> [–] **_brodre**  midtown  [S] 11 points 11 days ago
>>
>> they weren't caught in the vehicle, they bailed out of the moving car and ran. they were chased. but they did say they had my keys on him, so i'm with you. not sure why.
>>
>> permalink  embed  save  parent  report  reply

## Detroit

join  41,163 Detroiters

210 Detroiters

**Welcome to r/Detroit.**

A place for anyone to discover news and events happening in the city of Detroit.

Find local stories and discussion for anything related to Detroit including music, the auto industry, local finds, food, urban planning and development, politics, art, photography, no ruin porn, sports and more.

View the complete rules.

**Visiting Detroit?** See the list of things to do-2018 edition! while you're in town or quickly see a map of all our favorite restaurants in the city proper and larger Metro Area.

**Annual events:** See the list!
**New development:** View renderings!

**The Detroit Wiki** Read Write Here

**Let's chat!** /rDetroit channel on Discord

**Related Communities:**

/r/LiveInDetroit

/r/DetroitJobs

/r/DetroitSports

/r/WayneState

/r/Michigan

/r/MichMeet

/r/BikeDetroit

/r/MetroDetroit

/r/DownRiver

/r/Hamtramck

/r/WindsorOntario

/r/MotorCityKitties

/r/DetroitRedWings

/r/DetroitLions

/r/DetroitPistons

/r/DetroitCityFC

/r/MichiganGamers

a community for 11 years

<  >  discussions in r/Detroit  X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

[–] **hydrangeasinbloom** 10 points 11 days ago

Helps to make the charges stick.

permalink embed save parent report reply

[–] **_Exxcelsior** 3 points 11 days ago

That makes more sense. Thanks for explaining and glad you made it out OK.

permalink embed save parent report reply

[–] **AlkarinValkari** Downtown 24 points 12 days ago

That's what I was thinking as well. Wonder if it's the same 2 guys who have been robbing people at gun point there. About time Justice gets served to these idiots.

permalink embed save parent report reply

[–] **LeftDetroitThrowAway** iraqicamel's pants 320 points 12 days ago

Sorry man. On a positive note, WSUPD takes crime like this *personally* when it happens on campus. They don't screw around.

permalink embed save report reply

[–] **joecomatose** 105 points 12 days ago

+1. used to work with WSUPD. they are top notch

permalink embed save parent report reply

[–] **LeftDetroitThrowAway** iraqicamel's pants 41 points 12 days ago

Yep, same here although mostly with the investigators. Hank was awesome.

permalink embed save parent report reply

[–] **joecomatose** 5 points 11 days ago

Hank is fing legendary lol

permalink embed save parent report reply

[–] **LeftDetroitThrowAway** iraqicamel's pants 2 points 11 days ago

Hank was great to work with. I saw he retired a few years ago. Super friendly, helped me with the CPL process, and was incredibly good at his job.

permalink embed save parent report reply

[–] **ryhntyntyn** 3 points 11 days ago

Tigh was really great. I worked with an ex WSUPD named Richard who was a colossal dick though.

permalink embed save parent report reply

[–] **Probablynotclever** 40 points 11 days ago

Yeah, they'll do a great job apprehending them, but Detroit DAs actually call people saying "I think we're going to drop the charges. Detroit doesn't have the money to pursue this," then try to keep you on the phone until you agree. Happened to me when I got assaulted on WSU campus.

permalink embed save parent report reply

[–] **LeftDetroitThrowAway** iraqicamel's pants 28 points 11 days

Zero arguments here. Even better is when someone
District has them right back out on the street.

MODERATORS                    message the moderators

DougDante Mod
sixwaystop313
BDCanuck Woodbridge
kurttheflirt Midtown
Stratiform Berkley

about moderation team »

< >  discussions in r/Detroit                    X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-
steel pickup

"Felon in possession, attempted murder, and vehicle theft? 5% of a $10000 bond. I might know a guy if you need any help paying that."

permalink embed save parent report reply

[–] **MonsieurAK** eastern market 83 points 12 days ago

Glad you're ok and that they were apprehended quickly.

permalink embed save report reply

[–] **Mozvalgi** 62 points 12 days ago

Sorry that happened to you. It's truly horrible. What time did it happen?

permalink embed save report reply

[–] **_brodre** midtown [S] 79 points 12 days ago

around 6:15pm

permalink embed save parent report reply

[–] **FLMC7067** boston edison 56 points 12 days ago

That's fucking brazen. Glad you we not physically harmed and they were caught so quick.

permalink embed save parent report reply

[–] **pinsir_me_timbers** 33 points 12 days ago

Yeah it's not surprising they got picked up that fast though, fucking idiots. It's considered a pretty safe area for a reason now. You can't really prevent this sort of thing other than by what the police did here. Their presence will deter most of this sort of crime but there's still the truly stupid ones that haven't been picked up yet.

permalink embed save parent report reply

[–] **ryhntyntyn** 1 point 11 days ago

How safe is it considered?

permalink embed save parent report reply

[–] **pinsir_me_timbers** 3 points 11 days ago

Pretty

permalink embed save parent report reply

[–] **meowcat187** 16 points 12 days ago

That's crazy! Bunch of idiots. Did you have a nice jeep or was it old?

permalink embed save parent report reply

[–] **_brodre** midtown [S] 31 points 12 days ago

2015 grand cherokee overland, it was nice

permalink embed save parent report reply

[–] **meowcat187** 2 points 12 days ago

Pretty crazy man.

permalink embed save parent report reply

[–] **P_e_r_p_e_t_u_a_l** 2 points 11 days ago

Hemi?

permalink embed save parent report reply

[–] **_brodre** midtown [S] 3 points 11 days ago

yes

permalink embed save parent report reply

[–] **dat2ndRoundPickdoh** 1 point 12 days ago

< >   discussions in r/Detroit          X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

was?

permalink  embed  save  parent  report  reply

[–] **_brodre**  midtown  [S] 19 points 12 days ago

ya it's totaled in impound now

permalink  embed  save  parent  report  reply

[–] **jaron_bric**  Brownstown  5 points 12 days ago

Glad you're safe. That's one form of justice in and of itself. However, I think
the other cherry-on-top justice here is that you'll get to sue them/their
families for the car, emotional damages, attorney fees, etcetera. Sounds like
they may not have much but hopefully I'm wrong.

permalink  embed  save  parent  report  reply

[–] **_brodre**  midtown  [S] 30 points 12 days ago

i'm pretty sure they don't have anything. but i'm definitely pressing
charges. i could've easily been killed.

permalink  embed  save  parent  report  reply

[–] **jaron_bric**  Brownstown  11 points 12 days ago

Meanwhile I think your insurance will get you a new car, maybe not
ACTUALLY but to some extent, too since the incident wasn't your
fault and it occurred where you live. Sorry this happened and you
have all of this rigamarole to deal with now but now you can pass on
your experiences to others like you're doing here and hopefully it
helps the whole community out in some way.

permalink  embed  save  parent  report  reply

[–] **PushinDonuts**  metro detroit  1 point 11 days ago

Problem is if they were out robbing people at gunpoint they don't have
anything to sue for

permalink  embed  save  parent  report  reply

[–] **SynchroGold**  1 point 11 days ago*

Why would you sue their families? If your brother does something bad it
doesn't make you liable, assuming they weren't in on it.

permalink  embed  save  parent  report  reply

load more comments (7 replies)

[–] **szayl**  69 points 12 days ago

Damn. :-( Sorry that happened to you. Props to the WSU police for apprehending the criminals.

permalink  embed  save  report  reply

[–] **FlynnLive5**  Mexicantown  20 points 12 days ago

I'm sorry to hear that man. I used to live at Cass and Ferry and worked at Cass and Palmer. I
always felt very safe. Just goes to show you always have to be on your toes.

permalink  embed  save  report  reply

[–] **Logicalidiot**  35 points 12 days ago

I'm glad you are okay. That is honestly terrifying.

permalink  embed  save  report  reply

[–] **Weekend833**  29 points 12 days ago

&lt;   &gt;  discussions in r/Detroit                X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-
steel pickup

One night, back in '01 I witnessed a guy steel a battery out of a Jeep parked on Canfield from my balcony. I was on the phone with WSUPD.

They set up a car on Cass and one on Second - they had a perimeter set up while I was still on the phone with them. Regardless, one of the cruisers initially stopped the wrong guy - and being the eyes in the sky, I told em and they left that guy standing in the street to get the right guy... That poor guy had just been stopped while driving his van, head-on by the cruiser with it's lights on and ordered out at gunpoint - that exchange took less than ten seconds and he must've been asking himself, "wtf just happened?" "Did anyone else see that?" "Wait. Where'd everyone go?" "No one's gonna believe this just happened."

Anyways, they got the guy with the battery one block south. He slipped through the alley right there.

Kicker was, the girl who owned the Jeep declined to press charges and the guy was released the next morning.

permalink   embed   save   report   reply

[–] **petuniar**   7 points 11 days ago

That kind of happened to me once. I was on the intersate coming back from Iowa to Michigan, and got pulled over. I had been speeding slightly. But the officer came up to me car, checked me out, and then quickly moved on with just a verbal warning. After that, I noticed several other cars of the same color pulled over as well. Definitely seemed like they were looking for someone in particular.

permalink   embed   save   parent   report   reply

[–] **Blexit2020**   Born and Raised   9 points 11 days ago

7 years ago, my mother walked out onto her front porch one night, unaware that some dude was trying to break into her car. Being hot tempered and not thinking, she yelled out to the guy who then hopped out of her car and started shooting at her as he fled the scene. She thankfully didn't get hit, but did call the police. It took them, and I'm not joking, almost 3 hrs to show up. That was the day I officially said "eff Detroit" and I've hated the city ever since. I'm never going back. **Ever.**

permalink   embed   save   parent   report   reply

[–] **Weekend833**   0 points 11 days ago

Eh, Detroit's getting better, but someone with that mindset would never be able to shake the bias. Granted, there's sections that are place to never be, but sections that are good are becoming more prevalent.

Regardless, no worries.

permalink   embed   save   parent   report   reply

[–] **Blexit2020**   Born and Raised   8 points 11 days ago

What parts of Detroit are getting better, though? Exclude downtown. The police presence down there alone has always made it less dangerous than the neighborhoods. But what areas are people talking about exactly that are getting better? Because whenever I go back to visit family I, obviously have to go back to my old neighborhoods and they've gotten worse. It's actually, if I'm being honest, heartbreaking to see because I don't think pe~~ ~~
or even going there to see exactly what living
like me have just had it with Detroit.

permalink   embed   save   parent   report   reply

[–] **PureMichiganChip**   4 points 11 days ago*

‹   ›    discussions in r/Detroit     X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

Parts of Southwest, Springwells, Corktown, New Center, Eastern Market, Woodbridge, some areas along the riverfront, Livernois around the University district and up to 8 mile, Rosedale Park.

Plenty of neighborhoods won't see improvement for a long time. Most people on this sub acknowledge the problems Detroit has. Plenty of neighborhoods are absolutely rotten, their residents have few marketable skills, and even if there were jobs for them, they may not be able to get to them easily. The schools are bad.

We also see that it's the hub of a region made up of over 5 million people. Most suburbs are profoundly boring and uninteresting. There is a ton of amazing history in the city. There are exciting things happening in Detroit that you can't find anywhere else in Michigan.

So, whatever you want to call the changes Detroit has been going through. I hope to see that momentum continue. Plenty of white boomers in the suburbs wouldn't touch Detroit with a 10 foot pole. They let it rot. Southeast Michigan can't continue to let Detroit rot forever.

**permalink  embed  save  parent  report  reply**

[–] **Blexit2020**  Born and Raised  3 points 11 days ago

Yeah, I'm honestly just bitter. Detroit is my birthplace and where I grew up. But a lot of the experiences in my neighborhood were negative and hardened my heart towards Detroit as a whole. So, I guess "it's personal."

I feel like that applies to anywhere with certain people. For example, I actually love New Orleans and it's where my great-grandmother's family came from. But there are PLENTY of people who are trying to escape New Orleans because of their experiences; mostly with violence. So, it depends on your experiences. For me, returning to Detroit would be like returning to an abusive relationship. And hearing people talk about how much better it's gotten is kinda like hearing people tell you how much better your crazy ex has gotten since they've been in "treatment." You're going to be suspicious, lol.

**permalink  embed  save  parent  report  reply**

[–] **Weekend833**  1 point 11 days ago

Buddy of mine moved in around West Grand and Fort around there years ago and hasn't had a single issue.

A lot of the older, stepping neighborhoods are having issues, but the areas that have had significant demo - super high percentage of abandoned homes, that have been removed, you know, urban prairie areas. Those areas, as something outside of the visible and publicized areas of revitalization, are *actually* some truly, hidden gems.

**permalink  embed  save  parent  report  reply**

[–] **Blexit2020**  Born and Raised  4 points 11 days ago

I'm not just talking about the buildings. A rundown neighborhood without ignorant, violent, people is still more tolerable than a neighborhood full of physically beautiful homes with ignora[...]

Detroit always have been and always [...]

know, the people haven't changed. I v [...]

I will always agree that Detroit has so[...]

< > discussions in r/Detroit                                     X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

homes that any architect would consider a masterpiece. BUT...I can **not** be bothered with hood shit. I just can't, lol. That got old very quickly.

permalink　embed　save　parent　report　reply

[–] **Weekend833** 1 point 11 days ago

I wasn't talking about the architecture. I was talking about the people.

On the right block, race doesn't matter. Everyone helps everyone else. My truest Thanksgiving was spent down there... Everyone from the building brought what they could afford, we cooked it all together (okay, not everyone cooked, I just enjoyed neighborly company, but everyone brought *something*) and it was the **most honest** and truest Thanksgiving I've ever been a part of in my entire life.

The hood drama? It's a block by block thing, mostly.

I understand that that doesn't trump how you feel or what you've experienced or what you've been told. Detroit has so many blocks - and it *is* a block by block sort of thing - that there's always another story. All I'm saying is that a blanket assessment, that saves time and effort, discounts the communities that have developed in, and of themselves, as well as the good that they have fostered.

Yeah, there's bad ones, too, but Detroit rekindled my faith in humanity.

permalink　embed　save　parent　report　reply

[–] **Blexit2020** Born and Raised 2 points 11 days ago

Well, I'm glad your experience has been positive. I wish I could say the same. But it simply isn't the case. It also doesn't help that I don't like cold weather and heavy overcast. Seasonal Affective Disorder is extremely high in Michigan as a whole because of that, and I did find myself more depressed in the atmosphere up there. I need sunlight and warmth, lol.

permalink　embed　save　parent　report　reply

[–] **Weekend833** 2 points 11 days ago
Seasonal Affective Disorder

Lol. I feel ya. Doc's got me on a prescription -*for Vitamin D2*- of all things (1x per week). No joke - these vitamins are not over the counter - I pick em up from the pharmacist. (Granted, she wrote the Rx because the insurance makes them less expensive - and the pharmacy texts me to pick them up. Knowing her, the latter of the two is her reasoning, because it reminds me to take the darn things.)

permalink　embed　save　parent　report　reply

[–] **Blexit2020** Born and Raised 2 points 11 days ago

Yeah seriously, the low vitamin D levels are a huge problem for people in midwest states and places like Seattle also, because of the gloomy atmosphere [                ] discussions in r/Detroit　　　X
originated from there. I [ ]　48 · 110 comments
Seattle, lol.　　　　　　　[image] Tesla unveils radical, sci-fi, stainless-
　　　　　　　　　　　　　　steel pickup
Off topic:

Is it just me, or is there something wrong with Reddit's app wherein it's not scrolling down when you're typing and the keyboard ends up covering the screen where you're typing??

permalink embed save parent report reply

continue this thread

[–] **obsa** -4 points 11 days ago

He used bold, guys, I think he means it.

permalink embed save parent report reply

[–] **Blexit2020** Born and Raised 9 points 11 days ago

Yes the hell **she** does. I went through some bullshit growing up there.

permalink embed save parent report reply

[–] **obsa** 1 point 10 days ago

ok

permalink embed save parent report reply

[–] **Cocobear8305** 15 points 12 days ago

Glad you're safe and walked away. Materials can be replaced, life can not. Also glad they were caught.

permalink embed save report reply

[–] **Matt_Graver** 13 points 11 days ago

Great job WSU and DPD police officers! Thank you for your service.

permalink embed save report reply

[–] **StrawbreryRhubarbPie** 32 points 12 days ago*

I started walking guillen mall instead of cass after I heard the story of 2 separate people being robbed on cass by gun point about a month ago. An email sent to my account on October 24th detailed these events, I decided walking on cass wasnt safe anymore.

The email concerning your incident hasn't come yet...

Edit: normally these emails arrive 24-48 hours after the incident.

permalink embed save report reply

[–] **_brodre** midtown [S] 8 points 12 days ago

would you be able to forward me the email once you get it? where does the email come from?

permalink embed save parent report reply

[–] **bobbysoxblues** 19 points 12 days ago*

WSU sends out an email to all faculty, staff and students detailing crime events that occur on WSU property. If the crime is close enough to WSU and involves a WSU affiliated person, they send that too. Source: am WSU affiliated.

permalink embed save parent report reply

[–] **DotteDetroit** 1 point 11 days ago

This is what happens when you put Section 8 complexes within walking distance of 500K condos. Jealousy rears its head and the group think is it's easier to steal and get ahead than work for it.

permalink embed save parent report reply

[–] **ryhntyntyn** 2 points 10 days ago

No. It's not jealousy.

discussions in r/Detroit                                    X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

permalink   embed   save   parent   report   reply

[–] **StrawbreryRhubarbPie** 2 points 11 days ago

Well these types of things happened in this area 12 years ago when I first started at Wayne.

permalink   embed   save   parent   report   reply

[–] **ryhntyntyn** 2 points 10 days ago

Exactly. I was at WSU in 1999, and we had no condos but plenty of crime. WTF?

permalink   embed   save   parent   report   reply

[–] **prominentcomposite** 1 point 11 days ago

Thats a smarmy thing to say. You can't make a place better by not improving things, even if not by your master plan.

permalink   embed   save   parent   report   reply

[–] **rgt88** 20 points 12 days ago

So what happens with these cats who get arrested? Charged, spent a week in county jail and then get released? I'm exaggerating obviously, but still...

permalink   embed   save   parent   report   reply

[–] **Coastival** 7 points 12 days ago

Probably

permalink   embed   save   parent   report   reply

[–] **jimmy_three_shoes** 12 points 11 days ago

There's a ton of shit they're going to get charged with here.

Grand Theft Auto, resisting arrest, property damage, use of a firearm while in the commission of a felony, likely having a stolen gun, just off the top of my head.

I don't think these wastes of oxygen will be getting a sweetheart plea deal

permalink   embed   save   parent   report   reply

[–] **Lappy313** 3 points 11 days ago

They will likely just get the auto-theft charge, but not all of the other stuff you mentioned. According to their records, they'll most likely get a couple of months in jail and serve about half of that.

permalink   embed   save   parent   report   reply

**load more comments** (3 replies)

[–] **Lappy313** 2 points 11 days ago

That is not an exaggeration if Dickerson is overcrowded and there was no physical violence (like OP needing to go to hospital). The men's part of the jail overcrows quicker than the female side. Not sure if they are under 18 but if they are adults, they won't serve full time unless they fuck up there.

permalink   embed   save   parent   report   reply

[–] **xdeeman** -2 points 11 days ago

Well this is reddit and the majority of folks on here are against sending people to prison. If only we could send those 2 poor kids to Norway for prison - where they rehabilitate them - not lock them in inhumane cages we would all be better.

permalink   embed   save   parent   report   reply

[–] **8beers** 30 points 11 days ago

&lt;   &gt;   discussions in r/Detroit    X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

Carjackers running from the police and wrecking a car is something that would usually make the local news sites. Why haven't we seen any news of this?

permalink embed save report reply

> [–] **zerowasteminimalist** 9 points 11 days ago
>
> I was thinking the same. I'd like to read the details the police provide the news.
>
> permalink embed save parent report reply
>
>> [–] **_brodre** `midtown` [S] 3 points 10 days ago
>>
>> local 4 news 5pm tonight
>>
>> permalink embed save parent report reply
>>
>>> [–] **detroitdiesel** `metro detroit` 9 points 11 days ago
>>>
>>> Don't mess with the comeback narrative
>>>
>>> permalink embed save parent report reply
>>>
>>>> [+] *Lappy313*   *comment score below threshold*   *(2 children)*

**load more comments** (1 reply)

[–] **waxymastermind177** `Rivertown` 11 points 12 days ago

Glad you're alright.

permalink embed save report reply

**load more comments** (1 reply)

[–] **tokoolfourskool** 30 points 12 days ago

Just two years ago, a co-worker was at campus martius and a guy poked a gun in his ribs and told him to give him his wallet. This was at like 4 p.m. on a Saturday.

permalink embed save report reply

**load more comments** (1 reply)

[–] **Berbaw06** 6 points 11 days ago

That sucks man, glad you're ok. Despite the city being a hell of a lot better than when I was a kid, there's still risks. For years I told people Detroit is fine as long as you're not going to the parts of the city you'd have no reason to go to in the first place. Then like two years ago my buddy got mugged on Monroe in Greektown right outside Red Smoke and Pizza Papalis in broad daylight. The mugger had him at gun point through his shirt and walked him over to an ATM and take out whatever his max was. My dumbass friend walked over to the ATM and tried to fight the guy instead of taking out a few hundred bucks. He got the shit beat out of him, but very luckily didn't get killed. Dude is the best hockey player I know (pretty tough guy) and still was a target in broad daylight and got put into the hospital. Point of the story is no matter where you are or who you are, always have your guard up.

permalink embed save report reply

[–] **niaelex2493** 7 points 11 days ago

Cassidy has never been safe. The campus and transplants have yall thinking that Detroit isn't dangerous just because you're downtown and near a college town. Glad you're safe.

permalink embed save report reply

[–] **DetroitHooper313** `east side` 26 points 12 days ago

I got robbed in the midtown area 2 years ago, smh bunc[...]
unfortunately, but it is what it is. hope you're feeling wel[...]
and did not want to leave the house for a while.

permalink embed save report reply

< >    discussions in r/Detroit     X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

[–] **nickdeedle** 6 points 11 days ago

Jesus Christ that's a block over from me

permalink  embed  save  report  reply

[–] **theresmydini** 5 points 12 days ago

I'm glad you're alright. I knows it's not alright but I'm glad you're safe.

permalink  embed  save  report  reply

[–] **Ahy_Jay** 4 points 11 days ago

Oh so that was why the police cars with full sirens was passing by my house. Im glad you are ok.

permalink  embed  save  report  reply

[–] **awajitoka** 18 points 12 days ago

These sort of encounters are bound to happen. Detroit, downtown area, is mix of those who have and those who want. And those who want see how easy it is to get what others have.

permalink  embed  save  report  reply

[–] **Catmouthsteve** 21 points 12 days ago

I'm sorry you got robbed, that sucks man. I tattoo a lot of Detroit cops and yeah dude it's awful you are very lucky. I heard a similar story but the dudes stole a focus and plugged him in the back of the head when he walked away. They had everything and still killed him.

I'm sorry you got robbed people suck so bad get a CPL. You got your life man, give thanks!

Actually that probably just would have led to you getting your gun stolen. Did you see them coming? I visit a Detroit hospital daily to see my baby and over the past 3 months, 3 incidents came up where I thought we were gonna get robbed.

I'm a big thicc bearded dude with a mean look (I'm softer than baby shit and a giant pussy full disclosure), and I'm not sure how close it was but ugh.

permalink  embed  save  report  reply

   [–] **jlgemma** 6 points 11 days ago

   I recently moved to downtown Detroit (37 yo single woman). And now that it's dark early, I will often walk home at night by myself. I've always felt safe but now I'm getting a little freaked hearing these stories.

   permalink  embed  save  parent  report  reply

      [–] **Catmouthsteve** 6 points 11 days ago

      Well everyone is safe until they aren't, just be very alert and be able to protect yourself. Everyone is talking about CPL's on here including me, but the fact of the matter is if you have a gun and you need to defend yourself with it you need to be able to quick draw that shit in under a second, then you gotta shoot someone, which is super rude.

      If you have a safety and don't have a round in the chamber it would take a while, and whomever is taking from you is point long theirs at you already.

      I would feel weird running around with a bullet in the chamber you know? Maybe I'm paranoid but I would accidentally shoot myself in the leg pulling my pants up or something dumb. I feel like if OP had a gun and went for it he would be dead in his situation, they caught him getting in his car, you know?

      Running real fast works, don't carry cash.

      There are cops everywhere too, if you're in troub[…] there first

      Sorry about the ramble wall

discussions in r/Detroit    X

48 · 110 comments


Tesla unveils radical, sci-fi, stainless-steel pickup

permalink  embed  save  parent  report  reply

[–] **nahumgaldmartinez** 5 points 10 days ago

It is a bit rude isn't it...

permalink  embed  save  parent  report  reply

[–] **svene** 2 points 8 days ago

Saw a video like this, it was really sad. He was in a jeep I think. The two dudes roll up on him in the gas station parking lot, one pulls a gun. He clearly shows he isn't resisting, pulls out his stuff, hands over the keys, and they jacker pauses, then shoots the guy in the face , then they drive away. So damn cold.

permalink  embed  save  parent  report  reply

[–] **thecodebelongstome** 2 points 11 days ago

If he had a CPL how would they steal a gun they didnt know about? The whole point of a CPL is to keep it concealed......

OP if you want to learn to shoot or want advice on getting a CPL send me a message, I would be happy to take you to the range and show you the ropes!

permalink  embed  save  parent  report  reply

[–] **Catmouthsteve** 4 points 11 days ago

I was thinking from my perspective, I would have to leave the piece in the car because of not being able to carry in certain places

permalink  embed  save  parent  report  reply

[–] **UncleAugie** 1 point 11 days ago

Smart Idea, aggro by your post history, not someone I want instructing ANYONE on the proper use of a gun.

You have any certifications to instruct?

permalink  embed  save  parent  report  reply

[–] **thecodebelongstome** 0 points 11 days ago

No I dont, my advice would be to get proper training if you want to buy a gun, starting with a CPL class. The one at Action Impact is HIGHLY recommended. They did a great job. They also offer a ton of classes on defense and situational awerness.

Curious what makes you think I am such a danger that you wouldnt want me taking someone to the range and showing them how to shoot a gun?

permalink  embed  save  parent  report  reply

[–] **UncleAugie** 1 point 11 days ago

Your aggro attitude is the WRONG way to introduce someone to the proper way to handle a firearm with respect.

You also haven't produced any data to back up your claims, which makes you a liar, making things up to bolster your argument. Being a liar shows your judgment is off, having poor judgment is dangerous around firearms.

permalink  embed  save  parent  report  reply

[–] **thecodebelongstome** 4 points 11 days ago

How is offering to teach someone to s
attitude? You are acting like I am offer
just to blast him xD

<  >  discussions in r/Detroit                    X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

I haven't actually made any claims, about anything, so not sure how I am lying about things I haven't stated......

permalink   embed   save   parent   report   reply

[–] **UncleAugie** -1 points 11 days ago

YOur lies

https://www.reddit.com/r/Detroit/comments/dub714/i_was_robbed_at_gun
point_on_at_cass_and_palmer/f75fmp1?
utm_source=share&utm_medium=web2x

> So this stat is heavily skewed by the dumbass open carriers. If you open carry, fuck you. You make yourself a target and put everyone in danger around you.

This was in response to my claim, backed up with cited research that owning a gun increases your chance of death by gun.

permalink   embed   save   parent   report   reply

[–] **thecodebelongstome** -2 points 11 days ago*

Haha didnt even realize that was you. Maybe take a deep breath before you have a rage induced heart attack. If you want me to get you sources you can wait until I am not on mobile. Based on your attitude towards me however I don't really think it matters, you just want to argue an anti gun stance in bad faith.

Edit: I would be happy to take you to the range as well if you would like. Just shoot me a PM.

permalink   embed   save   parent   report   reply

[–] **UncleAugie** -1 points 11 days ago

AS stated I have my own firearms, and my own range to shoot on, I dont want to be anywhere near you when you have a firearm.

permalink   embed   save   parent   report   reply

[–] **thecodebelongstome** 15 points 12 days ago

And this is why I carry a gun even in the "safe" areas. People are nuts and you can *never* be too careful.

permalink   embed   save   report   reply

[–] **barky_** 6 points 11 days ago

So you're getting into your car and a guy puts a gun to your head and asks for your wallet. What do you do?

permalink   embed   save   parent   report   reply

[–] **thecodebelongstome** -3 points 11 days ago

Is he in front of me? If so, "Okay man just don't hurt me" reach into my sweatshirt pocket and double tap him through the sweatshirt. If he is behind me, one hand into the pocket on the firearm and the other hands over the wallet. Try to get him in front of me or away from me without compromising myself or others.

permalink   embed   save   parent   report   reply

[–] **zombiejim** 7 points 11 days ago

Is your double-tap through the sweatshirt en
gun to your head all the other person needs t
once. I have no firearms training myself, so I



‹   ›     discussions in r/Detroit                    X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-
steel pickup

permalink   embed   save   parent   report   reply

[–] **thecodebelongstome** 2 points 11 days ago

Rule of thumb is no. It's a bit more nuanced than just double tap, but I was trying to be succinct in my answer. It really gets summed up to your willingness to gamble one way or the other. On one hand you do nothing, hope he walks off and doesnt shoot you anyway, on the other you shoot first and hope the safety is on/you can move before he gets a shot off.

It is really tough to say "well here is exactly what I would do in this situation" because of how many variables come into play. For example, when I was robbed at gunpoint I was carrying, and didnt use it because in my specific circumstance I made the decision that he was not going to shoot if I complied and because I could not get a position where I felt safe to shoot. It worked for me, but not every position is the same. A lot of it comes down to situational awerness and practice.

permalink   embed   save   parent   report   reply

[–] **Theswagmaster313** 7 points 11 days ago

r/iamverybadass

permalink   embed   save   parent   report   reply

[–] **Batterytron** 2 points 11 days ago

You need to rethink your strategy because a semi auto will probably jam after the first shot if fired in a pocket or in a jacket. I had that happen to me before and it's apparently a common occurrence after looking into it.

I'd recommend a M&P model 340 .357 revolver for your purposes. It's useful for up close encounters, if someone grabs for it it'll still shoot as there isnt a slide to push out of battery.

permalink   embed   save   parent   report   reply

[+] [deleted] 11 days ago* (2 children)

[–] **AndyH13** 9 points 11 days ago

How is carrying going to help if someone has already drawn a condition 0 firearm on you?

permalink   embed   save   parent   report   reply

[–] **greenw40** 4 points 11 days ago

Everyone who carries a gun on reddit seems to think that they have a wild west style quick draw.

permalink   embed   save   parent   report   reply

[–] **thecodebelongstome** 3 points 11 days ago

Remains to be seen. If he never had a chance to defend himself, it wouldn't. Do you know he never had a chance? Did they ever look away? What's his proficiency with draw and shoot? Has he practiced regularly? Does he have adequate defense training? Lots of variables to consider. Maybe it helps, maybe it doesnt. I will take the chance of having it and not using it over being shot for my car 100/100.

permalink   embed   save   parent   report   reply

[–] **AndyH13** 5 points 11 days ago

None of those circumstances would change th~~ ~~ taught by any "adequate defense training".

permalink   embed   save   parent   report   reply

&lt;   &gt;   discussions in r/Detroit    X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

[–] **thecodebelongstome** -1 points 11 days ago

Tell that to the people who cooperate and then are shot in the back. I'll take my chances of not dying thanks.

Edit: there was a post here on this sub yesterday with the crime stats for the weekend and someone was shot after complying. Thankfully they survived. Compliance is not a guarantee of safety.

permalink embed save parent report reply

[–] **roywarner** 1 point 11 days ago

The odds of that are much lower than getting hurt when resorting to violence. I hope you stay away from casinos if this is how you gamble.

permalink embed save parent report reply

[–] **Bassmeant** 2 points 11 days ago

I've actually been robbed in a home invasion at gun point. Those questions are irrelevant

permalink embed save parent report reply

**load more comments** (1 reply)

[+] *UncleAugie* comment score below threshold (4 children)

[–] **FlynnLive5** Mexicantown 18 points 12 days ago

Do you need help getting a new car? Perhaps a few of us Redditors can help

permalink embed save report reply

[–] **_brodre** midtown [S] 28 points 12 days ago

thank you so much for this offer. i'm insured and i'll probably be okay just have to deal with all this shit. but that's very sweet of you to suggest and it made me feel good

permalink embed save parent report reply

[–] **Slowroll900** 3 points 12 days ago

I'm glad you're okay. I worry about things like this happening often.

permalink embed save report reply

[–] **detroitdiesel** metro detroit 3 points 11 days ago

Glad you are alright. I was robbed once and the only thing I could think of is somebody is going to call her mom and tell her I'm dead. Weird to think about that now.

permalink embed save report reply

[–] **erickhan73** 10 points 12 days ago

My daughter is a senior at WSU. I'm always telling her to be careful. Glad you were not injured.

permalink embed save report reply

[–] **Lappy313** -4 points 11 days ago

I graduated from WSU. Guess what? I'm still alive (fancy that!) and the only crime I dealt with was a basic white chick who violated my lease in the glass tower of 4500 Cass (she had her dirty, gross "motorcycle gang" wannabe dad illegally live there for a few weeks). The campus of Wayne State is not some Wild Wild West/Gang turf area.

permalink embed save parent report reply

[–] **Evilmanta** 12 points 11 days ago

While I understand where your outrage is coming
careful in any urban area at night. :P

permalink embed save parent report reply

[–] **BigBlackHungGuy** east side 3 points 12 days ago

> discussions in r/Detroit   X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

I'm glad you're ok and those scumbags are caught.

Sorry this happened. Sometimes there are monsters that walk among us.

permalink   embed   save   report   reply

[–] **Dada2fish**  6 points 11 days ago

Of course this shit is still happening. One of the safest areas of Detroit doesn't mean you can put your guard down. Glad the police were nearby and they were caught.

permalink   embed   save   report   reply

[–] **Carfr33k**  6 points 11 days ago

It's Detroit. Crime is still real.

permalink   embed   save   report   reply

[–] **Tedmosby9931**  New Center  5 points 12 days ago

Did you have headphones in or just on you?

permalink   embed   save   report   reply

>   [–] **_brodre**  midtown  [S] 15 points 12 days ago
>
>   nope just in my pocket. he told me to empty my pockets. i obliged.
>
>   permalink   embed   save   parent   report   reply

[+] [deleted] 12 days ago* (4 children)

[–] **fuckfucknoose**  2 points 11 days ago

I wonder if these two were responsible for the string of armed robberies in midtown these last few weeks? Either way, glad you're safe.

permalink   embed   save   report   reply

[–] **MrktngDsgnr**  2 points 10 days ago

Yep. Pretty sure all of the suspects are affiliated. Similar descriptions, always in a group of two or more, and they know the areas and patrols apparently. Bigger problem than youd think

permalink   embed   save   report   reply

[–] **smash_lee_g**  2 points 8 days ago

I work at an ice cream shop in Midtown, not a student or resident. But WSU cops are friggin amazing. If it weren't for them, a lot of the crap that goes down in Midtown would never be addressed because let's be honest...Detroit cops would take 12 to 24 hours to show up to a call....if at all.

permalink   embed   save   report   reply

[–] **averageryan**  4 points 12 days ago

Really glad you're alright. Pretty scary stuff.

Out of curiosity, though they wrecked your car, you surely get some sort of payment/reconciliation from the suspects once their court proceedings are over? I know that takes some time and you probably need your car now, but have the police told you how that is going to work?

permalink   embed   save   report   reply

>   [–] **_brodre**  midtown  [S] 9 points 12 days ago
>
>   not sure how that works, i will have to press charges against them, i don't expect they have anything based on the fact that they were robbing me. i don't know how thats gonna work.
>
>   permalink   embed   save   parent   report   reply

[–] **Thepolitician21**  4 points 12 days ago

I'm sorry to hear that man. I'm happy you're safe. Unfor        alert for shitheads. You're lucky the cops were close but

discussions in r/Detroit   X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

happened to you. Grab a gun permit, get some training or range time in, and keep your head on a swivel at night. If you're feeling anxious don't hesitate to reach out to a therapist; even if it's just for a session or two

permalink  embed  save  report  reply

[–] **W02T**  4 points 11 days ago

Makes me worry for my niece who is a commuter student at WSU.

People keep telling me about how Detroit is getting so much better. But…

permalink  embed  save  report  reply

[–] **ryhntyntyn**  4 points 11 days ago

That sucks. I'm sorry. I've been gone a long time. I lived in the corridor my entire time in Detroit and I would have never described any of the surrounding areas, even WSU as safe.

permalink  embed  save  report  reply

[–] **william-o**  boston edison  1 point 11 days ago

If this happens are you allowed to turn around and shoot him in the face

permalink  embed  save  report  reply

   [–] **greenSixx**  7 points 11 days ago

   Yes, but he will probably shoot you first

   permalink  embed  save  parent  report  reply

[–] **Augustushomme**  2 points 11 days ago

Glad the fuckers got caught. Insurance should cover your car right?

permalink  embed  save  report  reply

[–] **_D_V_E**  2 points 10 days ago*

I got an email on October 24th from Wayne State about two armed robberies that happened the previous night and I haven't received anything about this. Also I don't see anything about this on channel 4s YouTube channel or website. A carjacking in midtown would make some news (not frontpage).

EDIT: I do see the channel 4 article where it says suspects are in jail.

permalink  embed  save  report  reply

   [–] **_brodre**  midtown  [S] 3 points 10 days ago

   it aired on the 6pm news. the segment is embedded in the article on their website. suspect will be charged tomorrow morning, FBI is involved, guy who held me up was on probation after just having served a 10 year sentence. then did this. FBI agent told me he'll retire before this guy gets out of jail.

   permalink  embed  save  parent  report  reply

      [–] **sixwaystop313**  1 point 10 days ago

      Damn man; I'm glad to hear you complied and glad you're safe. Thanks for sharing your story.

      permalink  embed  save  parent  report  reply

[–] **bobbysoxblues**  3 points 10 days ago*

https://www.clickondetroit.com/news/2019/11/12/armed-robbery-on-campus-of-wayne-state-university-ends-in-car-crash/

Complete with video.

permalink  embed  save  parent  report  reply

[–] **Lazy_Eye_Productions**  4 points 12 days ago

                       <  >  discussions in r/Detroit  X

                       48 · 110 comments

                       Tesla unveils radical, sci-fi, stainless-steel pickup

Unfortunately it's always going to happen. It dont matter where your at or when.

permalink    embed    save    report    reply

[–] **Beetime**  1 point 12 days ago

The corridor being the corridor. Not one of the safest. I'm sad that you had to go through that.

permalink    embed    save    report    reply

[–] **iamsolarpowered**  28 points 12 days ago

This is quite a few blocks from Cass Corridor and I'm pretty sure it's not 1996 anymore.

permalink    embed    save    parent    report    reply

[–] **erickhan73**  1 point 10 days ago

I agree. Lived in Detroit until 97 when I got married. Southwest. Livernois & vernor.

permalink    embed    save    report    reply

[–] **PinkFreud97**  1 point 10 days ago

Holy shit. I live in the building across from where OPs car was. It's the only parking where this must have happened. 51 W Palmer (Isabelle). That is so crazy. Im sorry you had to deal with this OP.

permalink    embed    save    report    reply

[–] **_brodre**  midtown  [S] 3 points 9 days ago

i live in the isabelle. this happened in front of the dumpster where people park. i told nachelle the building manager to send an building wide email to alert the tenants. she hasn't.

permalink    embed    save    parent    report    reply

[–] **PinkFreud97**  2 points 9 days ago

Wow. I park right there daily when I'm too lazy to carry things when I park further away. Can't believe she hasn't sent anything. They probably don't want people getting scared and moving out lol. Glad you're okay though!

permalink    embed    save    parent    report    reply

[–] **Detroit-REI**  1 point 7 days ago

Downtown is not safe especially midtown

permalink    embed    save    report    reply

[–] **Demiglitch**  -4 points 12 days ago

Can't imagine finally getting a chance to die and turning it down.

permalink    embed    save    report    reply

[–] **Michigan_made**  3 points 11 days ago

Why is this still happening on Wayne States campus?

permalink    embed    save    report    reply

[–] **Parkwaydrivehighway**  -4 points 11 days ago

because it's impossible to stop all crime, Wayne State is one of the safest campuses in the state

permalink    embed    save    parent    report    reply

load more comments (1 reply)

[–] **TheMadBattler**  -1 points 11 days ago

Dey was good boys dey din du nuffin

permalink    embed    save    report    reply

[–] **HarryTheBunny**  1 point 9 days ago

< > discussions in r/Detroit    X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

Lol

permalink  embed  save  parent  report  reply

[–] **jiggilo**  1 point 11 days ago

I work at Wayne State and have access to the crisis communications and have yet to see anything about this. WSUPD always emails us when something like this happens too. I can't find anything on the news at all. All our social channels online have 0 discussions about it too.

OP Can you please provide at least one news outlet or any mention of this? At this point, I'm sorry to say but I'm pretty skeptical of your story. I hope you are telling the truth and not trying to spread false information.

permalink  embed  save  report  reply

[–] **_brodre**  midtown  [S]  5 points 11 days ago*

i am not a student, i'm just a midtown resident. local 4 is interviewing me today, it will air on the 5 o'clock news.

permalink  embed  save  parent  report  reply

[–] **jiggilo**  2 points 11 days ago

I'm glad you're being interviewed today - it needs to be public knowledge! I am shocked the police department hasn't said anything about this since usually within 24hrs we hear something. I'm trying to figure out why that wasn't the case because things like this should be reported ASAP.

Thank you for responding, and I apologize for possibly questioning your story - it was just impossible to validate at the time (and obviously not your fault).

permalink  embed  save  parent  report  reply

[–] **_D_V_E**  1 point 10 days ago

Shouldn't matter if you are a student or not if wsupd responds to a violent crime on campus they will send an alert/bulletin.

permalink  embed  save  parent  report  reply

[–] **xyamerican**  -22 points 12 days ago*  🏅

edit -20 downvotes and someone gave me a gold. My first reddit gold. Thx human.

i laugh every time i see some of these "detroit so cool, everyone is so nice!" threads or "im coming to visit detroit! do what now? i'm so excited!" or when swiping on tinder or you're at a party and you see the type of girl that's like "OMG BETTY I LOVE DETROIT DETROIT BEST CITY"

so naive. so dumb. detroit is cold, stupid, ugly, corrupt. chicago may technically have more crime, but there are so many more people there and the good parts of CHI are actually pretty and cool, bustling with people.

anyway glad you're safe OP. i'll take my hivemind downvotes now over saying Detroit is shit and still unsafe despite the (usually white) girl hype. source: have lived in or in detroit bordering cities for around 23 years, been to "underground warehouse parties" lots of stuff

i just remember that it only takes one time for a goonie to fuck your life up and that detroit doesnt make me feel safe. you people do what you want and "enjoy your great city"— but until decent education, mass affordable housing, public transport, and 2 story kroger where prices aren't marked up for being downtown comes to the city,  _____
pmme                                          | < >   discussions in r/Detroit          X |
                                              |                                          |
permalink  embed  save  report  reply         | 48 · 110 comments                        |
                                              |  [img]  Tesla unveils radical, sci-fi,    |
[–] **truck_rips**  13 points 12 days ago      |         stainless-steel pickup            |
                                              |_____|

Well why don't you stay inside and play your little video games the. and the rest of us will be out actually experiencing life. Risks and all.

permalink    embed    save    parent    report    reply

load more comments (1 reply)

[–] **TotesMessenger**  1 point 10 days ago

I'm a bot, *bleep*, *bloop*. Someone has linked to this thread from another place on reddit:

- [/r/negativewithgold] "i laugh every time i see some of these "detroit so cool, everyone is so nice!" threads or "im coming..." [-21]

*If you follow any of the above links, please respect the rules of reddit and don't vote in the other threads.*
(*Info* / *Contact*)

permalink    embed    save    parent    report    reply

[–] **Blexit2020** Born and Raised  -3 points 11 days ago* ⓢ

This. 1000%. The only people who hype Detroit are hipsters who move into the downtown area and try to act like they know what a real Detroit experience is like. Like boy/girl bye. Please try living in Southwest Detroit right off of Fort St. And Schaefer, 6 Mile and Greenfield, or Mack and Conners and see how fulfilling your "Detroit experience" is. They haven't a clue. And most of them have only been living there for a few years. Meanwhile, those of us who grew up there and were literally run up out of the city to greener pastures just roll our eyes because let something like this happen a few more times. They'll be at rent.com looking for homes in Novi, West Bloomfield, Canton, White Lake, Birmingham etc. faster than these hood fools can say "run me them Jordans bitch!"

permalink    embed    save    parent    report    reply

[–] **wolverinewarrior**  3 points 11 days ago

Sometimes, places can change. Like Detroit went from a fairly vibrant city of almost 2 million people, and devolved into a decaying, crime ridden city, it can also change for the better. Why not help in that regard, instead of the needless rancor.

permalink    embed    save    parent    report    reply

[–] **Blexit2020** Born and Raised  4 points 11 days ago

Honestly, my family did **a lot** for Detroit and tried many times to help with the community; my mother especially. She's a social worker and was working in DPS driving herself nearly insane trying to get parents, members of local communities, and the Detroit Public School district overall to help with a program that was meant to encourage education and awareness of mental health amongst the parents of the students because she knows that's where it all starts; in the home. Very few people made efforts to build that program. Meanwhile, everything she worked hard for to provide for my brother and myself was either stolen or destroyed. After a while, you just get tired.

permalink    embed    save    parent    report    reply

[–] **wolverinewarrior**  1 point 9 days ago

> Meanwhile, everything she worked hard for to provide for my brother and myself was either stolen or destroyed. After a while, you just get tired.

I am saddened to read that! It definitely s
general, the nuclear family is broken in th
are taking that family instability to the in

permalink    embed    save    parent    report    reply

| ‹ | › | discussions in r/Detroit | X |

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

[–] **Blexit2020** `Born and Raised` -10 points 11 days ago*

First, thank goodness you made it out alive. That could've been a tragedy.

Second, there's no such thing as a "safe" area in Detroit. The two words don't even go together. When you keep that in mind, you'll always be on alert and make more cautious decisions; like getting strapped yourself.

Seriously. Eff every square inch of that city. I hate it with a passion.

permalink  embed  save  report  reply

> [–] **chillenchillada**  4 points 11 days ago
>
> \<Checks the subreddit name\>
>
> Uhhhhh.....
>
> permalink  embed  save  parent  report  reply
>
>> [–] **surprise6809** `east side`  2 points 11 days ago
>>
>> I see that it's called /r/Detroit, not /r/OnlySayNiceThingsAboutDetroit
>>
>> permalink  embed  save  parent  report  reply
>>
>>> [–] **Blexit2020** `Born and Raised`  -3 points 11 days ago
>>>
>>> Yes. I know *exactly* where I'm at. I said what I said. Fight me. -_-
>>>
>>> permalink  embed  save  parent  report  reply
>
> [–] **DeepRoy69**  2 points 11 days ago
>
> Why are you on this sub if you hate Detroit?
>
> permalink  embed  save  parent  report  reply
>
>> [–] **Blexit2020** `Born and Raised`  1 point 11 days ago
>>
>> Mind your business.
>>
>> permalink  embed  save  parent  report  reply

[+] *Logan051361*  *comment score below threshold*  (31 children)

[+] *sshevie*  *comment score below threshold*  (2 children)

[–] **ksiazek7**  -5 points 11 days ago

Shitty stuff happens everywhere. It sucks but yes it happens.

permalink  save  report  reply

[–] **Litigious_Giraffe**  -42 points 12 days ago

gotta watch out for them MAGA hat wearers man!

permalink  save  report  reply

> [–] **chillenchillada**  4 points 11 days ago
>
> They could have had a sandwich and some rope!!
>
> permalink  save  parent  report  reply

[–] **kouderd**  2 points 12 days ago

Theft is caused by socio-economic issues that the administration has yet to solve. The economy is going great but only the rich are getting richer and the poor are still getting poorer every day

permalink  save  parent  report  reply

> [–] **ZHaDoom** `dearborn`  2 points 11 days ago
>
> Solve? Take a look at the history of the mayors ir
>
> permalink  save  parent  report  reply
>
> [+] *[deleted]* 12 days ago (1 child)

< > discussions in r/Detroit ............................ X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup

[–] **thecodebelongstome** 13 points 12 days ago

Like making this a political statement instead of talking about real issues....

permalink  save  parent  report  reply

[–] **dw565** -11 points 10 days ago

Why'd you feel the need to specify their race?

permalink  save  report  reply

[–] **_brodre** midtown [S] 12 points 10 days ago

for the same reason i specified their gender. it's factual and relevant when describing armed robbery suspects.

permalink  save  parent  report  reply

[–] **HarryTheBunny** 2 points 9 days ago

If he didn't, we would have assumed the muggers were black anyway

permalink  save  parent  report  reply

## about
blog
about
advertising
careers

## help
site rules
Reddit help center
wiki
reddiquette
mod guidelines
contact us

## apps & tools
Reddit for iPhone
Reddit for Android
mobile website

## <3
**reddit premium**
**reddit coins**
redditgifts

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2019 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π

discussions in r/Detroit                    X

48 · 110 comments

Tesla unveils radical, sci-fi, stainless-steel pickup